United States Courts
Southern District of Texas
ENTERED
MAR 1 5 2002
Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SAMUEL KLEM | § § | |
| VS. | § § | CIVIL ACTION NO. G-02-069 |
| CONTINENTAL AIRLINES, INC. | § | JURY DEMANDED |

## ORDER

On this the _late_ ~~day of March, 2002~~ *unopposed*, came on to be heard Continental Airlines, Inc.'s Motion for Leave to File Third Party Action against Argenbright, Inc., Argenbright Holdings, Limited, Inc. d/b/a Argenbright Security Inc. and Argenbright Security, Inc. and the Court, after having reviewed said Motion was of the opinion that same should be granted. It is, therefore

ORDERED that Continental Airlines, Inc.'s Motion for Leave to File Third Party Action is Granted.

SIGNED this the 15 day of _March_, 2002.

_____
UNITED STATES DISTRICT JUDGE