IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| SAMUEL KLEM | § | |
| | § | |
| VS. | § | CIVIL NO. G-02-069 |
| | § | |
| CONTINENTAL AIRLINES, INC. | § | |

## ORDER

This case hereby is administratively closed, pending settlement, without prejudice to any party to re-open the case within thirty (30) days from this date, for exceptional cause shown.

IT IS SO ORDERED this 26th day of February, 2003.

SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE