UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SAMUEL KLEM | § | |
| | § | |
| VS. | § | C.A. NO. G-02-069 |
| | § | Jury |
| CONTINENTAL AIRLINES, INC., ET AL | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pending is the stipulation of dismissal with prejudice signed by all parties who have appeared. It is

ORDERED that this cause is dismissed with prejudice and without costs to any party.

DONE at Galveston, Texas this 28th day of March, 2003.

_____
SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE